IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TC Tyra Elliott
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Shelby County Sheriffs
L. Golston, Sgt. Cunningham, Deputy Moore
James Franklin, ~~City of Memphis~~ Shelby County Tn.

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

    B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit

        Plaintiffs: _____
                    _____

        Defendants: _____
                    _____

        2.  Court (if federal court, name the district; if state court, name the county): _____

        3.  Docket Number: _____

        4.  Name of judge to whom case was assigned: _____
        5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
           _____

        6.  Approximate date of filing lawsuit: _____

        7.  Approximate date of disposition: _____

II. Place of Present Confinement: _____
    A. Is there a prisoner grievance procedure in the institution?
                                             Yes ( )   No ( )
    B. Did you present the facts relating to your complaint in the state prisoner grievance
       procedure?                                       Yes ( )   No ( )
    C. If your answer is Yes:
       1. What steps did you take? _____
       _____
       2. What was the result? _____
       _____
    D. If your answer is No, explain why not: _____
       _____

III. Parties
    (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
    A. Name of Plaintiff _____
       Address _____

    (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
    B. Defendant _____ is employed as
       _____
       at _____

    C. Additional Defendants: _____
       _____
       _____

IV. Statement of Claim

    State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

① On June 7, 2019 I was in courtroom #5 Shelby County Juvinile Court. I advise Magistrate James Franklin I was never served. I filed for modification on 5/31/19 I was found guity an Imediatly arrested, With my
② hands behind my back handcuffed, I was assualted by Deputy sherrifes L. Golston and another officers
③ while handcuffed asking for my cuffs to be losing or Remove as I was in a holding Cell I was threathing by Sgt Cunningham, with pepper spray in my face saying he

was going to spray me in the mouth if I didn't be quiet. I was also threatning by another officer as he was taken off the handcuffs or loosing with hand was lossen the cuffs with the hand he had pepper spray also threating to spray me in the mouth. I was taken to the ground by one officer while on the ground was jumped on by 2 or 3 more officers I was chocked out and can't remember L. Golston was one of them. Who repeatly hit me while we were on the ground

7) I was taken to the hospital with elevated blood pressure Contusion to the neck and face. And a elevated Heart Rate.

8) I was charged with assault on an officer and disturbing the peace the assault charges was drop and I Pled Guity to disloredly Conduct

9) I was ~~wrongfully~~ incarcerated for 2 days.

10. Homophobic slurs was used towards me by one of the officers telling me to shut my Dick sucking mouth I believe it was said by officer Moore or Golston

11). I was forced to pay 700⁰⁰ or 20 days in Jail for contempt of Juvenile court for failure to pay child support

12) At the Hospital I was told by (Moore) if I stayed at the hospital they were going to change me with ~~more~~ til more charges. So I told the Dr. I didn't want to stay because the doctor wanted to keep me there an run tests on me.

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. I am seeking punitive damages
2. Compensatory damages
3. General damages

I want charges brought against the Deputys

VI. Jury Demand
I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __30__ day of __Oct.__, 20__19__.

261 Blairmore Ave
38109 Memphis, Tn

(901) 849-1070

T.C. Tyra Elliott

(Signature of Plaintiff/Plaintiffs)

-3-

Revised 4/18/08